IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY M. HARRIS                                                                     PLAINTIFF

VS.                                         Case No. 04-CV-4035

DANIEL M. MCGUINNESS, Center
Supervisor, Southwest Arkansas Community
Corrections Center; MRS. HOUFF,
Captain of Security; SGT. CLARK;
and MR. SMITH                                                                          DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed October 25, 2005 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 24) Judge Shepherd recommends Plaintiff's claims be dismissed on the grounds he has failed to prosecute this action and comply with an order of the Court. Plaintiff has not filed objections to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims against Defendants are dismissed with prejudice.

IT IS SO ORDERED, this 16th day of November, 2005.

                                                /s/ Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                U.S. District Court